CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 0 9 2007

JOHN F. CORCORAN, CLERK
BY: _____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | | |
|---|---|---|
| **CHRISTOPHER D. NELSON,** | ) | |
| **Plaintiff,** | ) | **Civil Action No. 7:07-cv-00158** |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **P. ROWE, et al.,** | ) | **By: Hon. Glen E. Conrad** |
| **Defendants.** | ) | **United States District Judge** |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED** and **ADJUDGED**

that plaintiff's request for injunctive relief shall be and hereby is **DENIED**.

The Clerk of the Court is directed to send certified copies of this Order and accompanying Memorandum Opinion to the plaintiff and to each defendant or counsel of record for each defendant, if known.

**ENTER**: This 3rd day of April, 2007.

_____
United States District Judge